42 U.S.C. 1983

Plaintiff:

Robert Derek Lorch Jr.

Jury Trial ✓ yes ___ No

vs

Defendants:

(1) County of atlantic, (2) Sergeant Shurig, (3) officer Howey, (4) officer Medio, (5) officer black and (6) Sgt. grant

RECEIVED
SDNY PRO SE OFFICE
2021 DEC -7 PM 2:46

(1) County of Atlantic (I will Include cities In this County below to be more specific)

- Mays Landing, NJ
- Atlantic City, NJ

(2) Sgt. Shorig

Work address: Atlantic county Justice facility/5060 Atlantic avenue/mays landing, NJ/08330

Job Title: Sergeant

(3) Officer Howey

Work address: (Same as defendant #2)

Job Title: Officer

(4) Officer medio

Work address: (Same as defendant #2)

Job Title: Officer

(5) Officer black

Work address: (Same as defendant #2)

Job Title: Officer

(6) Sgt. grant

Work address: (Same as defendant #2)

Job Title: Sergeant

Place of occurrance(s): (1) Atlantic county Justice Facility (Housing area-D right In front of cell 13 and 14, Chokehold occurred In cell 13), (2) Atlantic county Justice Facility (Housing area 1L In front of cell 15)

Date(s) of occurances: (1) Nov. 12, 2021 between 10pm to 10:30 PM and (2) Nov. 28, 2021 (on my birthday) between 9am to 10am

Facts of the Incident:

(1) Due to the Corona Pandemic, new admission Inmates have to go through a quarantine process. During this Process at this Facility, Inmates are Entitled to a hour out their cell to either shower or use the phone (no more, no less). On Nov. 12, 2021 I was let out at 9:10 PM for my hour recreational period. at 10:03 PM, an officer I had an issue with earlier in the day (she told me I called her honey and I told her dont flatter yourself. I love my girlfriend just because Im In Jail dont mean Im desperate), told me I have to Lock In my hour is up.

I knew she was just mad at me from earlier because my hour was not up, so I requested a sergeant while I stood by my cell. This officer exited the bubble, ran upstairs to the tier I was housed on aggresively and tried to grab me (twice) (talking about Lock In). I Informed her that I requested a Sgt., why are you touching me as I jumped back each time she tried to grab me (Survellance Footage will show). The sergeant then showed up very hostile, didnt even Listen to anything I had to say and Informed me I will be escorted down stairs to face disciplinary action.

The sergeant was being unreasonable and bias, so when I got next to my cell, I tried to Lock myself In. This sergeant then ran Into my cell, punching me multiple times from behind, threw me to the floor (I quickly put my hands behind my back) and put me In a chokehold. I told him I couldnt breathe but he didnt stop until other officers responded (officer howey was there the whole time).

Facts of the Incident Continued



② On Nov. 28, 2021, I was woken up out of my sleep because I heard cell doors slamming shut. When I changed my position from laying down to sitting up, I heard an officer tell someone else "thats Mr. Lorch cell". When I went to my door, I seen the Sgt. that put me in a chokehold (They were conducting cell inspections).

When Sgt. Shurig and the officer came to my door to inspect my cell, I requested that my cell be inspected by another sergeant because I have a pending complaint against this sergeant for putting me in a prohibited choke-hold when I wasnt resisting and I dont want no contact with this sergeant until the matter is resolved. I fear for my safety.

The officer ask Sgt. Shurig if he will honor my request and he looked at me and told me he is not calling nobody. I then told him but you put me in a chokehold, you know thats illegal. He simply told me "so what I put you in a chokehold (as he laughed)" then he said "Either you comply or Im going to mace you (and he informed me that he dont care about macing me because he goes home in a hour)".

Your honor, I complied reluctantly and before he left the area I flooded my cell in order to get the attention of a Lieutenant (they usually come to the area when someone is being disruptive. When LT. Trump arrived, I explained to him about the Nov. 12 Incident about me being placed in a prohibited chokehold and my grievance, he informed to contact the Facility's head of internal affairs (LT Robinson) and he will review the body cams of the Incident; which if the events that took place on the body cam or if it was turned off afterwards, he would come talk to me the next day.

The next day, however, no one came to talk to me except. Sgt. Grant, who was unaware of the conversation I had with the LT and only showed up to tell me that their turning off my water for the next 3 days and she also served me a disciplinary report about flooding my cell with Sgt. Shurig name on it.

① Claim 1 (Failure to Intervene): I have a constitutional right to be free from excessive force and on Nov. 12, 2021 when officer howey observed me being attacked from behind that conduct by her co-worker should of put her on alert that such force was unnecessary and when I was thrown to the ground and placed in a prohibited chokehold to the effect that I stated I couldn't breathe, she had a duty to intervene or at least call for help (both of which she did not do). [associated with Incident #1]

② Claim 2 (Failure to Intervene): I have a constitutional right as a pretrial detainee not to be punished and if Im held in custody, its only to ensure my presence at court. your honor, I have been a convicted prisoner and still have never been subjected to such inhumane punishments as the one Im facing in this county. These employees of this facility (at Sgt. Shorig command) have deprived of drinking water and the ability to flush my toilet for 72 hours (They have told me Im entitled to one flush every 24 hours)^(Said nothing about drinking water). I have asked three employees within this time to have compassion, I was only trying to get the Lieutenants attention in regards to being assaulted by staff and they disregarded my pleas (even after I told them I have a right to running water. These employees are: ① officer Medio, ② officer Black and ③ sergeant grant. Every other employee I talked to intervened and allowed me to have drinking water and continual flushes during their shift. Even if I was a convicted prisoner, I have a federal right against cruel and unusual punishment. [associated with Incident #2]

③ Claim 3 (Excessive Force): I have a constitutional right to be free from excessive force and Sgt. Shorig violated this right on Nov. 12, 2021. Your honor, on the day of the incident, the only I was guilty of was attempting to lock in my cell, I was not being a danger to any staff or inmates and I attempted to lock in my assigned cell (therefore, no force should of been used). Instead Sergeant Shorig punched me multiple times from behind while I was facing my cell window wall then threw me to the ground and while my hands was behind my back, put me in a prohibited chokehold and even applied more pressure when I stated I couldn't breathe.

Explanation of Failure to Exhaust administrative remedies and presenting to the court that I'm in Iminent danger



Explanation of failure to exhaust administrative remedies: This facility's grievance procedure is a sham (if I'm using the word correctly). It requires you to first submit an inmate resolution form (which I did) and wait until it goes up the chain of command to get reviewed by different ranking officers (from an officer to a Lieutenant). If the issue is still not resolved by the LT then they issue you a grievance and if the issue is of an emergency nature (when you filed the grievance) the warden has to respond in 48 hours.

I submitted a resolution form a day after the incident, while waiting for a response (from an officer, sgt, and LT); I have inquired about its pending status to at least 3 LT's, 8 sergeants and every officer I came in contact with to no avail (I'm on camera stopping everyone of these officials about being attacked by this sergeant). I even wrote the warden on a regular request form and signed it to file criminal charges against this sergeant (yet again to no avail). This matter is not being handled in a timely matter even though it's an emergency situation. If my complaint is accepted I will send a list of every jail official I talked to prior to filing this complaint with documentation.

Presentation of iminent danger: Your honor, I'm fully aware that due to the three strike rule, I'm banned from proceeding as a poor person (or having IFP status) when filing a civil action; however, your honor, I'm currently in danger due to my situation with this sergeant and I dont know where to turn. I need this court's help before present danger escalates and I'm found dead in this facility.

An officer, Officer Howey, witnessed a sergeant (Sgt. Shurig) put me in a prohibited chokehold and ignore my cries that I couldnt breathe, yet, no action has been taken against this sergeant. I have informed officers all the way up to Lieutenants and nothing has been done. The sad part is, the day of the incident, the sergeant told me nothing will be done.

On my birthday, this sergeant had the audacity to laugh about choking me and then threatened to spray me with mace. Officers on the 3:30pm to 11:30pm tour (Nov. 29) (I dont want to disclose their name because I dont want to get them in trouble) informed me to be on point. Sgt. Shurig is working the next shift and you know how he is, I stayed up all night (morning of Nov. 30) in fear of being attacked in my cell during the night by this Sgt.

Injuries/Relief

Injuries: ① Emotional suffering and mental anguish

② Humiliation

③ I had trouble swallowing for 4 days

④ My Left Side was reinjured and I had to Endure excruciating Pain again For a week

⑤ Pain and suffering

Relief: ① I will Like to be moved to another Facility in NJ; First and foremost, while I await trial or extradited back to NY (where I have other pending charges [Felony] and I could await trial there [Jersey can Place a hold]) (I Fear For my Safety at this Facility due to the Incident with the sergeant).

② I will Like to sue Atlantic County for 5 million dollars In compensatory damages, each Individual Officer For 1 million dollars In compensatory damages and 1 million dollars In Punitive damages and each sergeant for 3 million dollars In compensatory damages and 3 million In Punitive damages.

Cont. continued

I, Robert Derek Lorch Sr, declare under the penalty of perjury that any and all statements of facts contained in this complaint are the complete truth (or true and correct) to the best of my knowledge. The body cams and video surveillance of incident(s) will substantiate all facts included in this complaint (even the plaintiffs attempts to comply with the facility's grievance procedure). I'm having a hard time getting forms, envelopes and writing paper, so I'm pleading with this court to accept my hand-written version temporarily. Also, I fear for my safety, so it was of the utmost importance that I submit this complaint asap. If my complaint is accepted, I will provide the court with all the documents I submitted (well copies) to the facility pertaining to the incident or incidents.

Executed on: 11/30/2021 Name: Robert Derek Lorch Sr. Date (given to officials to be sent): 11/30/2021

Address: 5060 Atlantic Avenue/Mays Landing, NJ/08330 Inmate #: 01-382463 Signature: [signature]

Note: If my complaint is accepted (as is) or not, I need a stapled copy for my records

Thank you


THIS CORRESPONDENCE IS BEING SENT BY AN INMATE OF THE ATLANTIC COUNTY JUSTICE FACILITY
5060 Atlantic Avenue
Mays Landing, NJ
08330
SOUTH JERSEY NJ 080
2 DEC 2021 PM 4 L
RECEIVED
SDNY PRO SE OFFICE
USA FOREVER
RECEIVED
DEC 06 2021
CLERK'S OFFICE
S.D.N.Y.
Southern district of New York
United states district court
500 Pearl street
New York, NY
10007
Pro Se
USM P3
SDNY
10007-133099
Legal mail